[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPT 19, 2008
THOMAS K. KAHN
CLERK

No. 07-13245

————

D. C. Docket No. 90-00001 CR-06-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL D. TAYLOR,
a.k.a. Robert T. Alexander,

Defendant-Appellant.

————

Appeal from the United States District Court
for the Northern District of Georgia

————

**(September 19, 2008)**

Before DUBINA, HULL and FAY, Circuit Judges.

PER CURIAM:

Appellant Michael Taylor, a federal prisoner, appeals the district court's revocation of supervised release, pursuant to 18 U.S.C. § 3583(e), and the denial of his *pro se* motion to dismiss a petition for revocation of supervised release.

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we conclude that the district court properly held that because Taylor invited any alleged error, he was precluded from asserting his claim. *United States v. Love*, 449 F.3d 1154, 1157 (11th Cir. 2006).

Because we see no merit to any of the arguments Taylor makes in this appeal, we affirm the district court's order denying Taylor's motion to dismiss and the revocation of Taylor's term of supervised release.[1]

**AFFIRMED.**

---

[1]Taylor's motion to take judicial notice is granted.